ACCEPTED
14-14-00900-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 4:54:42 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00900-CVV

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 4:54:42 PM
CHRISTOPHER A. PRINE
Clerk

Steve Griffith in his Official Capacity, Douglas Brinkley in his Official Capacity,
Scott Schultz in his Official Capacity, and Mark Grothaus in his Official Capacity,
Appellants,

v.

Collision Clinic, L.L.P. and Hanna "John" Elias,
Appellees.

**APPELLEES' MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' RESPONSE BRIEF**

COME NOW, Collision Clinic, L.L.C. and Hanna "John" Elias, Appellees

herein, and move the Court for an extension of time to file Appellees' Response

Brief in this cause, and in support thereof would show the Court as follows:

I.

This is an interlocutory appeal on an order denying a plea to the jurisdiction

pursuant to §51.014(a)(5) and (8), Tex. Civ. Prac. & Rem. Code. Appellants filed

their brief on or about January 21, 2015. Subsequently, a supplemental clerks

record was filed January 29, 2015. Appellees' brief in response was due February

10, 2015.

II.

This is Appellees' first request for an extension of time to file Appellees'

1

Brief.

## III.

Appellees hereby request a three week extension of time to file Appellees' Response Brief until the 3rd day of March 2015, and as reasons therefore would show the Court as follows:

The undersigned counsel has been in numerous depositions and hearings and has had numerous briefs due in other matters in the last thirty days and therefore has not been able to devote sufficient amount of time to the review of this entire record and the preparation of the brief. In addition, the City of Sugar Land recently adopted a resolution related to the underlying issue in the present lawsuit and counsel for Appellees have needed time to analyze the impact of the resolution on the present litigation.

## IV.

Appellees have advised counsel for Appellants of their intent to file this Motion for Extension of Time and requested they advise whether they are opposed or unopposed. At the time of this filing, counsel for Appellees have not received a response to their request.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that this Honorable Court extend the time for filing the Appellees'

Response Brief in this cause until the 3rd day of March, 2015.

Respectfully submitted,

**THE IRWIN LAW FIRM, P.C.**

By: */s/ Leland M. Irwin*
    Leland M. Irwin
    State Bar No. 00790945
    leland@irwin-lawfirm.com
    210 Morton Street
    Richmond, Texas 77469
    (832) 847-4111
    Facsimile (832) 847-4177


    -AND-

**YOUNG AND HUSAIN, P.L.L.C.**

By: */s/ Omar Khawaja*
    Omar Khawaja
    State Bar No. 24072181
    okhawaja@yhlawfirm.com
    2700 Post Oak Blvd., Suite 1220
    Houston, Texas 77056
    713-621-8900
    Facsimile 713-621-8909

ATTORNEYS FOR REAL PARTIES IN INTEREST
COLLISION CLINIC, L.L.C. AND HANNA
"JOHN" ELIAS

## VERIFICATION

STATE OF TEXAS                              §
                                            §
COUNTY OF FORT BEND                         §

BEFORE ME, the undersigned Notary Public, on this day personally appeared, Leland M. Irwin, who being by me duly sworn on his oath deposed and said that he is the attorney for Collision Clinic, L.L.C. and Hanna "John" Elias, Appellees in the above-entitled and numbered cause; that he has read the above and foregoing Motion For Extension of Time to File Appellees' Response Brief; and that every statement contained therein is within his knowledge and is true and correct.

_____
Leland M. Irwin

SHERRIE MONTGOMERY
MY COMMISSION EXPIRES
March 9, 2015

_____
Notary Public in and for the State of Texas

## CERTIFICATE OF CONFERENCE

This is to certify that on February 17, 2015, I have attempted to confer with Patricia L. Hayden, counsel for Appellants, via email regarding this Motion for Extension of Time to File Appellees' Response Brief, and that she has not responded to my request.

/s/ Leland M. Irwin
_____
Leland M. Irwin

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2015, a true and correct copy of this document was served on the following counsel and respondent:

*E-serve and Email: PHayden@OlsonLLP.com*
Patricia L. Hayden
Olson & Olson, L.L.P.
209 e. Mulberry, Suite 100
Angleton, Texas 77515
**Attorney for Defendants Steve Griffith,**
**Douglas Brinkley, Scott Schultz, and**
**Mark Grothaus**

*E-Serve and Email: don@dontschwartzlaw.com*
Don T. Schwartz
Schwartz & Kalinowski, L.L.P.
1821 Mons Avenue
Rosenberg, TX 77471
**Attorney for Defendant**
**A & M Wrecker Service**

*Facsimile 281/238-8514*
*And Email: mcdougal-law-larry@comcast.net*
Larry P. McDougal
809 Houston St.
Richmond, TX 77469
**Attorney for Defendant**
**J&H Towing and Recovery**

*Facsimile 713/802-1339*

5

Dan Reiver
1445 North Loop West, Suite 900
Houston, TX 77008
**Attorney for Defendant**
**Long' Towing, LLC**
*Facsimile 281/250-4253*

Francisco R. Yeverino
112 W. 4th Street
Houston, TX 77007
**Attorney for Defendant**
**Big Rod's Towing, Inc.**

*Facsimile 713/789-7703*
Daniel F. Castaneda
Buckley, White, Castaneda & Howell, L.L.P.
2401 Fountainview, Suite 1000
Houston, Texas 77057
**Attorney for Defendant**
**Russell Rossett and Hadjes, Inc.**

*/s/ Leland M. Irwin*
Leland M. Irwin

6